IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE MATTER OF THE APPLICATION        09-CR-437 (DNH)
OF THE UNITED STATES OF AMERICA
FOR A SEALING ORDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## *UN*SEALING ORDER

Upon the application of Andrew T. Baxter, United States Attorney (by Ransom P. Reynolds, Assistant U.S. Attorney) and good cause having been shown, the Indictment and Arrest Warrant in the above-captioned case are hereby UNSEALED until further Order of this Court.

Dated: August 21, 2009
       Syracuse, New York

_____
Hon. Gustave J. DiBianco
United States Magistrate Judge